**SO ORDERED.**



**Dated: April 28, 2010**

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**
_____

Ronald M. Horwitz (005655)
Janessa E. Koenig (018618)
**JABURG & WILK, P.C.**
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
rmh@jaburgwilk.com
jek@jaburgwilk.com
(602) 248-1000

Attorneys for Movant

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In re:

MARGARET SCALZI BARTON

    Debtor.

Chapter 13

No: 2-09-bk-14722-RTB

WELLS FARGO FINANCIAL, INC. fka
WELLS FARGO FINANCIAL ARIZONA,
INC.,

    Movant,

v.

MARGARET SCALZI BARTON and
EDWARD J. MANEY, Trustee,

    Respondent.

**ORDER FOR RELIEF FROM THE
AUTOMATIC STAY**

This matter coming before this Court pursuant to the Motion of Secured Creditor, WELLS
FARGO FINANCIAL, INC. fka WELLS FARGO FINANCIAL ARIZONA, INC., to lift the
automatic stay with respect to the Estate and to the Debtors' interest in the real property described
in the Note and Deed of Trust attached to Motion; respectively; that the Debtor has defaulted in
her post-petition installment payments and cause exists for lifting the automatic stay; that the

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

1  Debtor has been unable to afford Movant adequate protection for its interest in said property; that

2  there is no equity in said property for the bankruptcy estate, and that Movant should be permitted

3  to foreclose its lien upon said property.

4      IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Automatic Stay

5  provided by 11 U.S.C. § 362 and any injunction arising under 11 U.S.C.§ 524 are lifted and

6  vacated with respect to both the Estate and the Debtor's interest in the property described, to wit:

7
8          LOT 20, OF TEMPE ROYAL PALMS UNIT EIGHT, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 126 OF MAPS, PAGE 50.
9

10      IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Movant may

11  contact the Debtors by telephone or written correspondence regarding a potential Forbearance

12  Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation

13  Agreement, and may enter into such agreement with Debtor.  However, Movant may not enforce,

14  or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is

15  discharged  in this bankruptcy case.

16      IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this Order shall

17  remain in effect in any bankruptcy chapter to which the Debtors may convert.

18

19      DATED this _____ day of _____, 2010.

20

21

22                                  _____

23                                  UNITED STATES BANKRUPTCY JUDGE

24

25

26

27

28

48137-90935/RMH/JMC2/794288_v1

**COPY** of the foregoing mailed
this 2nd day of April, 2010, to:

MARGARET SCALZI BARTON
3232 S. Evergreen Rd.
Tempe, AZ  85282

ANDREW NEMETH
Phillips & Associates
20 E. Thomas Rd., Suite 2600
Phoenix, AZ  85012

EDWARD J. MANEY
P.O. Box 10434
Phoenix, AZ  85064-0434


  s/ Jeanette Chavez

48137-90935/RMH/JMC2/794288_v1

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012